**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CECILIO E.,

                Plaintiff,

    -against-                                    22 **CIVIL** 8750 (GRJ)

                                                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated October 27, 2023, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 20) is GRANTED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 22) is DENIED; and this case is REMANDED for further proceedings consistent with this Decision and Order. Accordingly the case is closed.

**Dated:** New York, New York

       October 30, 2023

                                                        **RUBY J. KRAJICK**
                                                          Clerk of Court

                                      **BY:**
                                                           _____
                                                                 **Deputy Clerk**